AO 91 (Rev. 11/11) Criminal Complaint        SAUSA Jill Bhalakia (312) 353-5159

FILED
7/31/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NUMBER: 25 CR 450 |
| MELITON COBOS-ROMERO | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about December 21, 2020, and continuing to on or about April 30, 2024, at DuPage County, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1253(a)(1)(A) | being a deportable alien against whom a final order of removal was outstanding by reason of being a member of any of the classes described in Title 8, United States Code, Section 1227(a), did willfully fail and refuse to depart from the United States within a period of ninety days from the date of the final order of removal under administrative processes, in violation of Title 8, United States Code, Section 1253(a)(1)(A). |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

GREGORY B DEKRAKER (Digitally signed by GREGORY B DEKRAKER Date: 2025.07.31 18:08:38 -05'00')

GREGORY DEKRAKER
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: July 31, 2025        /s/ Maria Valdez
                                                                      *Judge's signature*

City and state: Chicago, Illinois        MARIA VALDEZ, U.S. Magistrate Judge
                                                                        *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, GREGORY DEKRAKER, being duly sworn, state as follows:

1. I am a Deportation Officer with Immigration & Customs Enforcement (ICE), and have been so employed since February 13, 2009. My current responsibilities include the investigation of any criminal violations of the Immigration and Nationality Act, including violations of Title 8, United States Code, Section 1253.

2. This affidavit is submitted in support of a criminal complaint alleging that MELITON COBOS-ROMERO has violated Title 8, United States Code, Section 1253(a)(1)(A). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging COBOS-ROMERO with failure to depart, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, my training and experience, my review of records provided by ICE and other components of the Department of Homeland Security (DHS), and information provided to me by other law enforcement personnel.

4. According to DHS records, COBOS-ROMERO is a native and citizen of Mexico with no claim to United States citizenship or lawful permanent residence. DHS records indicate that COBOS-ROMERO was born on April 1, 1980, and originally entered the United States without being inspected by an immigration officer at an unknown place on an unknown date. On or about February 26, 2015, a Notice to Appear (NTA) was issued by ICE, charging COBOS-ROMERO with removability pursuant to Title 8, United States Code, Section 1182(a)(6)(A)(i).

5. On or about November 30, 2015, COBOS-ROMERO, through his immigration counsel, submitted written pleadings admitting the factual allegations and conceding his removability contained on the Notice to Appear.

6. On or about July 19, 2018, after an administrative immigration hearing on or about April 6, 2017, during which COBOS-ROMERO was represented by immigration counsel, an immigration judge denied COBOS-ROMERO's application for cancellation of removal for certain non-permanent residents pursuant to Title 8, United States Code, Section 1229b(b), and ordered the defendant removed to Mexico on the charge contained on the Notice to Appear.

7. COBOS-ROMERO, through his immigration counsel, filed an appeal with the Board of Immigration Appeals (BIA), challenging the order issued by the immigration judge. On or about March 5, 2020, the BIA dismissed COBOS-ROMERO's appeal and affirmed the immigration judge's decision ordering COBOS-ROMERO removed to Mexico.

8. The BIA decision explained that if COBOS-ROMERO willfully failed or refused to depart from the United States pursuant to the order, to make timely application in good faith for travel or other documents necessary to depart the United States, or to present himself at the time and place required for removal by the Department of Homeland Security, or conspired to or takes any action designed to prevent or hamper the respondent's departure pursuant to the order of removal, the respondent shall be subject to a civil monetary penalty of up $799 for each day the respondent is in violation.

9. On or about September 22, 2020, the BIA declined COBOS-ROMERO's motion to reopen his case, which COBOS-ROMERO filed through his immigration counsel. According to DHS records, no further petition for review was filed.

10. According to criminal history checks, on or about March 3, 2023, COBOS-ROMERO was convicted in the Circuit Court of DuPage County for Possession of Controlled Substance in violation of 720 ILCS 570.0/402-C.

11. On or about April 30, 2024, COBOS-ROMERO was arrested by Bensenville Police Department for Aggravated DUI, Driving License Revoked or Suspended, and Transport/ Carry Alcohol Liquor/ Driver. After arrest, Bensenville police officers collected COBOS-ROMERO's fingerprints. According to the National Crime Information Center (NCIC) database, the fingerprints on April 30, 2024, were uploaded into NCIC. The NCIC database indicated that the fingerprints taken on April 30, 2024, matched with COBOS-ROMERO's FBI number XXXXXXWB4. According to NCIC, the fingerprints taken on February 26, 2015, by DHS match

3

COBOS-ROMERO's FBI number and Alien number. According to the NCIC database, the fingerprints taken of the individual on February 26, 2015, and April 30, 2024, are of the same person, COBOS-ROMERO.

12. According to criminal history checks, on or about October 23, 2024, COBOS-ROMERO was convicted in the Circuit Court of DuPage County for Agg DUI/ BAC .16 or Child Passenger/4th in violation of 625 ILCS 5.0/11-501-A and sentenced to three years' imprisonment.

13. According to Illinois Department of Corrections (IDOC) records, as of July 28, 2025, Cobos-Romero is in IDOC custody at Vandalia Correctional Center in Fayette County, Illinois.

14. DHS records do not reflect COBOS-ROMERO departed the United States between March 5, 2020, and July 28, 2025.

4

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that COBOS-ROMERO is a deportable alien against whom a final order of removal was outstanding and who did willfully fail and refuse to depart from the United States within a period of ninety days from the date of the final order of removal under administrative processes, in violation of Title 8, United States Code, Section 1253(a)(1)(A).

        FURTHER AFFIANT SAYETH NOT.

GREGORY B DEKRAKER
Digitally signed by GREGORY B DEKRAKER
Date: 2025.07.31 18:09:36 -05'00'

GREGORY DEKRAKER
Deportation Officer,
U.S. Immigration and Customs Enforcement

SWORN TO AND AFFIRMED by telephone July 31, 2025.

_Maria Valdez_
Honorable MARIA VALDEZ
United States Magistrate Judge

5