

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:25-cr-00450
Judge Sara L. Ellis
Magistrate Judge Maria Valdez
RANDOM / Cat. 5

| UNITED STATES OF AMERICA | Case No. 25 CR 450 |
|---|---|
| v. | Violation: Title 8, United States Code, Section 1253(a)(1)(A) |
| MELITON COBOS-ROMERO | |

The SPECIAL APRIL 2025 GRAND JURY charges:

Beginning on or about December 21, 2020, and continuing to at least April 29, 2024, at DuPage County, in the Northern District of Illinois, Eastern Division,

MELITON COBOS-ROMERO,

defendant herein, being an alien against whom a final order of removal was outstanding by reason of Title 8, United States Code, Section 1227(a); willfully failed and refused to depart from the United States within a period of 90 days from the date of the final order of the court;

In violation of Title 8, United States Code, Section 1253(a)(1)(A).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY