## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 25 CR 00450 |
| | ) | |
| | ) | Hon. Sara L. Ellis |
| vs. | ) | |
| | ) | |
| | ) | |
| MELITON COBOS-ROMERO | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO DISMISS CRIMINAL COMPLAINT AND INDICTMENT

Defendant, Meliton Cobos-Romero, by his attorney, Lawrence Wolf Levin, moves this Honorable Court, pursuant to Rule 12(b)(1) of the Federal Rules of Criminal Procedure, to dismiss the indictment against him. The single-count complaint charges Mr. Cobos-Romero for failing and refusing to depart from the Untied States within 90 days of the final order of removal under administrative processes, in violation of Title 8 U.S.C. §1253(a)(1)(A).

### PROCEDURAL BACKGROUND

The government charged Mr. Cobos-Romero on July 31, 2025 for failing and refusing to depart from the Untied States within 90 days of the final order of removal under administrative processes, in violation of Title 8 U.S.C. §1253(a)(1)(A). (DKT #1). The case was subsequently assigned to this Court for proceedings. Mr. Cobos-Romero appeared for removal proceedings in the Southern District of Illinois on August 4, 2025. (Dkt. #9). Initial appearance proceedings took place in the Northern District of Illinois on August 26, 2025. (*Id*.). Defendant was informed of the charge in the complaint and the maximum possible penalties if he is convicted of that charge. (*Id*.). The Government successfully argued for Mr. Cobos-Romero's detention pending a

detention hearing and has remained in custody. On September 8, 2025, Mr. Cobos-Romero was indicted being an alien against whom a final order of removal was outstanding by reason of Title 8, United States Code, Section 1227(a); willfully failed and refused to depart from the United States within a period of 90 days from the date of the final order of the court; In violation of Title 8, United States Code, Section 1253(a)(1)(A). (Dkt. #14).

At Mr. Cobos-Romero's first court appearance in the Northern District, the date which was set for Mr. Cobos-Romero to leave the United States was in question. The date reflected in the Pretrial Services Report, "… records reflect that the defendant was scheduled to be removed from the United States of August 4, 2025, and there was no record of a legal re-entry." (PSR, 6).

## ARGUMENT

### Departure Date and 90-day Removal Period

Mr. Cobos-Romero "was taken into custody in the Southern District of Illinois and appeared for removal proceedings in that district on 8/4/25 (25-MJ-8169, SDIL)." (Dkt. #9). On August 4, 2025, "[d]efendant was ordered to be removed in custody." (Dkt. #9).

Pursuant to 8 U.S.C. §1231(a)(1)(A), he had a 90-day period in which he was to be removed, or depart from, the United States. The 90-day date would be November 2, 2025.

### Impossibility of Departure

The Government has failed to establish the necessary elements of the offense under 8 U.S.C. § 1253. Specifically, the statute requires proof that the defendant willfully failed or refused to depart the United States within the prescribed period after a final order of removal became effective. 8 U.S.C. § 1253(a)(1)(A).

Mr. Cobos-Romero did not have control over his ability to leave the United States. He did not willfully fail, or refuse to leave the United States before the ordered removal date of August

4, 2025, as he was in custody of the Illinois Department of Corrections as of October 23, 2024, where he was sentenced to three years imprisonment with a projected parole date of August 1, 2025, with a projected release date of August 2, 2025. Mr. Cobos-Romero was then taken into custody in the Northern District of Illinois on August 26, 2025, and is still in custody to date.

**Due Process Violation**

Mr. Cobos-Romero was charged in this case on July 31, 2025, without receiving notice of his removal until he was in custody on August 4, 2025. (Dkt. #9). Mr. Cobos-Romero was entitled to receive proper notice via an official removal order as to his removal from the United States. Without proper notice, Mr. Cobos-Romero was unaware of the deadline and date in which he was to leave the country.

**<u>CONCLUSION</u>**

Mr. Cobos-Romero did not receive an official removal order notifying him of the exact time frame in which he was to leave the country. He has had no control over his ability to leave the United States as he has been and is still in custody to date. He did not willfully fail to or refuse to leave as he cannot leave while being in custody of the United States Marshalls.

Respectfully submitted,

S/Lawrence Wolf Levin
LAWRENCE WOLF LEVIN

LAWRENCE WOLF LEVIN
Counsel for **MELITON COBOS-ROMERO**
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, Illinois 60654
(312) 236-7543